**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 00-7258**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

MAURICE GREGORY,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Robert E. Payne, District Judge.
(CR-92-163-N, CA-00-78)

_____

Submitted:  November 28, 2000          Decided:  December 28, 2000

_____

Before WIDENER, WILKINS, and WILLIAMS, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

William P. Robinson, Jr., Norfolk, Virginia, for Appellant.  Laura Marie Everhart, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Maurice Gregory appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2255 (West Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Gregory, Nos. CR-92-163-N; CA-00-78 (E.D. Va., filed June 19, 2000; entered June 25, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED